*Kurt Orban Company, Inc.* v. *United States*, 52 CCPA 20, C.A.D. 851, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis of value for the bright steel wire in issue and that said value is the invoice unit values, net packed, exclusive of inland freight and f.o.b. charges.

**No. R66/19.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R61/7084 (Houston).

RAO, C.J.   In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States*, 52 CCPA 20, C.A.D. 851, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $8 per metric ton.

BEFORE SENIOR JUDGE WILSON, JULY 7, 1966

**No. R66/20.**—Thrifty Equipment Co. (Wiley) *v.* United States, reappraisement R60/13096 (Los Angeles).

WILSON, S.J.   In accordance with stipulation of counsel that the merchandise and the issues are the same in all material respects as those in *The Thrifty Equipment Co.* and *T. D. Downing Co.* v. *United States* (52 Cust. Ct. 431, Reap. Dec. 10674), the court found and held that foreign value, as that value is defined in section 402(c), Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, is the proper basis of value for the merchandise here involved and that such value for the D–7 Track Link Assembly or Track Chain is £125.0.0, and for the D–8 Track Link Assembly or Track Chain is £160.0.0, both prices including all costs incident to placing the merchandise packed ready for shipment to the United States.